**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny Ray CALVIN, Defendant–**
**Appellant.**

**No. 05–10214.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 18, 2007.

John Joseph Tuchi, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Cameron Morgan, Scottsdale, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Johnny Ray Calvin appeals from his guilty-plea conviction and sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Calvin has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. The government filed notification that it would not file an answering brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Calvin knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

The appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.